**Shield O. HALVAJIAN, Appellant, v. UNITED STATES of America, Appellee.**

**No. 10897.**

Circuit Court of Appeals, Ninth Circuit.

Oct. 13, 1944.

A. L. Wirin, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter and Betty Marshall Graydon, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and STEPHENS, Circuit Judges.

PER CURIAM.

On consideration of the stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.

**Seldon R. GLENN, Collector of Internal Revenue, Appellant, v. The MENGEL COMPANY, Appellee.**

**No. 9736.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1944.

Eli H. Brown, III, of Louisville, Ky., and Samuel O. Clark, Jr., J. P. Wenchel, and Sewall Key, all of Washington, D. C., for appellant.

Bullitt & Middleton, of Louisville, Ky., for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This appeal by the Collector of Internal Revenue from a judgment entered in the district court for the Western District of Kentucky awarding appellee a recovery of $18,127.33, with legal interest from December 21, 1940, and costs, has been heard and considered upon the record and upon the printed briefs and oral arguments of attorneys for the contending parties; and it appearing that the findings of fact in the district court are based upon stipulated evidence; and that its conclusions of law thereupon are soundly reasoned in its opinion filed of record and published in 50 F. Supp. 765, and are in consonance with the opinion of this court in Glenn v. Chess & Wymond, Inc., 132 F.2d 621; and that the decision reached is correct; the judgment of the district court is affirmed.